# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 19-cv-7996

**Republic Technologies, et al.**

Plaintiff

vs.

**Shahnaz Mirza, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **SHAHNAZ MIRZA D/B/A TOBACCO PLUS**

PERSON SERVED: **SHAHNAZ MIRZA , PRESIDENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **03/08/2020 at 10:33 AM**

ADDRESS, CITY AND STATE: **204 N ORCHARD DR, BOLINGBROOK, IL 60440**

DESCRIPTION: **Middle Eastern, Female, 48, 5'06", 140 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_  
Gregory Piazza Lic # 117-001719  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 9th day of March, 2020.

_[signature] Joan C. Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**  
FILE #:

Tracking #: **431057**