# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC et al,

Plaintiff(s),

v.

Mirza et al,

Defendant(s).

Case No. 19 C 7996
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiffs Republic Technologies, et al., and against Defendant Shahnaz Mirza in the amount of $30,550.75. The claims against Shahnaz Mirza d/b/a Tobacco Plus are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 8/14/2020          Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk